IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
04 JUL -1 PM 3:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| FANNIE SMEDLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | CV-03-JEO-0993-S |
| | ) | |
| EBSCO INDUSTRIES, INC., | ) | |
| and EBSCO MEDIA, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S DAMAGE COMPUTATIONS

COMES NOW Plaintiff and pursuant to Rule 26(a)(1)(C) sets forth her damages as follows:

1.     Wages:

Date of Termination:            July 8, 2002

Annual Salary from EBSCO:    $ 33,404.80 ($16.06/hr at 40/hr week for 52 weeks)
2002 wages from EBSCO:       $ 25,400.00  (amount reflected on 2002 tax return)
   2002 loss wages     $  8,004.80

Total Loss wages for 2002    $  8,004.80

2003 3% raise expected        $  1,002.14
2003 annual salary            $ 34,406.94
   2003 loss wages     $ 34,406.94

Mitigated Damages:

House Cleaning:               $ 11,000.00   ($1,000/mth Feb. 2003-Dec. 2003)

Total Loss wages for 2003  =  $ 23,406.94

|  |  |
|---|---|
| 2004 3% raise expected | $ 1,032.21 |
|  | $ 35,439.15 |
| **2004 loss wages** | **$ 35,439.15** |

Mitigated Damages:

House Cleaning             $ 12,000.00 (average of $1,000/mth)

**Total Loss wages for 2004  =**    **$ 23,439.15**

---

**TOTAL DAMAGES:      =    $ 54,850.89**

    Plaintiff's damages are ongoing and will be timely supplemented as information is further obtained in discovery.

                                                 Respectfully submitted,

                                                 Alicia K. Haynes
                                                 Attorney for Plaintiff

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama 35226
(205) 879-0377

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing has been served upon the following, by placing a copy of same in the U.S. Mail, properly addressed and postage prepaid on this the 23rd day of June, 2004.

James P. Alexander, Esq.
Stacey Bradford, Esq.
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

OF COUNSEL