FILED
2005 Nov-29  PM 04:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| FANNIE SMEDLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:03-cv-00993-JEO |
| | ) |
| EBSCO INDUSTRIES, INC., and | ) |
| EBSCO MEDIA, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the court on the defendants' Bill of Costs, the plaintiff's opposition to the same, and the defendants' response to this court's order for additional information.  Upon consideration, the court finds that the Bill of Costs is due to be approved in part and disapproved in part.  The court finds that the docket fees; printing fees; and deposition costs, less the $180.00 for "travel" copies, were necessary and appropriate in this matter.  Accordingly, the Bill of Costs is **APPROVED** in the amount of **$1,967.35**.  Said amount is hereby taxed against the plaintiff.

**DONE**, this the 29th day of November, 2005.

_John E. Ott_

**JOHN E. OTT**
United States Magistrate Judge